# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LEXINGTON LUMINANCE LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | ACTION NO. 4:18-CV-301<br>JUDGE MAZZANT/JUDGE JOHNSON |
| LOWE'S HOME CENTERS, LLC, | § § § | |
| Defendant. | § § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 13, 2019, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #26) that Defendant Lowe's Home Centers, LLC's ("Lowe's") Motion to Dismiss, or Alternatively, For a More Definite Statement (the "Motion") (Dkt. #7) be **DENIED**.

Having received the Report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, Lowe's Motion to Dismiss, or Alternatively, For a More Definite Statement (Dkt. #7) is **DENIED**.

**IT IS SO ORDERED**.

**SIGNED** this 28th day of March, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE